```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                   JAN 6 2009

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEE MYRICK,  )  | No. CV 09-8898-GHK(CW) |
| )  | |
| Petitioner,  )  | JUDGMENT |
| )  | |
| v.  )  | |
| )  | |
| SECRETARY, CALIFORNIA  )  | |
| DEPARTMENT OF CORRECTIONS,  )  | |
| )  | |
| Respondent.  )  | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: \_\_\_1/6/10\_\_\_

_____
GEORGE H. KING
United States District Judge